**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| MARY BISHOP and SHARON BALDWIN, et al., | ) ) ) | |
| Plaintiffs, | ) ) | No. 4:04-cv-00848-TCK-TLW |
| v. | ) ) | |
| UNITED STATES OF AMERICA, et al., | ) ) | |
| Defendants. | ) ) ) | |

**RESPONSE BY UNITED STATES OF AMERICA AND ERIC H. HOLDER, JR.,**
**ATTORNEY GENERAL, TO PLAINTIFFS' MOTION**
**FOR LEAVE TO FILE SUPPLEMENTAL BRIEF**

The United States of America and Eric H. Holder, Jr., in his official capacity as Attorney General of the United States (collectively, "United States"), by their undersigned counsel, respond as follows to plaintiffs' Motion for Leave to File Supplemental Brief (Doc. 253).

The United States does not oppose plaintiffs' Motion for Leave to File Supplemental Brief. Nevertheless, although not stated in plaintiffs' motion, the United States' consent to the motion was expressly conditioned on having an opportunity to respond to plaintiffs' proposed supplemental memorandum. Accordingly, the United States respectfully requests an opportunity to file a response to plaintiffs' supplemental memorandum no later than thirty days after the granting of plaintiffs' motion for leave to file.

Dated this 26th day of July, 2013.

Respectfully submitted,

STUART F. DELERY
Acting Assistant Attorney General

DANNY C. WILLIAMS, SR.
United States Attorney

ARTHUR R. GOLDBERG
Assistant Director

s/ W. Scott Simpson
_____
W. SCOTT SIMPSON
Senior Trial Counsel

Attorneys, Department of Justice
Civil Division, Room 7210
Post Office Box 883
Washington, D.C. 20044
Telephone:  (202) 514-3495
Facsimile:  (202) 616-8470
E-mail:      scott.simpson@usdoj.gov

COUNSEL FOR DEFENDANTS
UNITED STATES OF AMERICA
AND ERIC H. HOLDER, JR.,
ATTORNEY GENERAL

## CERTIFICATE OF SERVICE

I hereby certify that on July 26, 2013, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Byron J Babione
Phillip Craig Bailey
H Christopher Bartolomucci
James A Campbell
Laura Lea Eakens
Kerry W Kircher
Martha Ruth Kulmacz
Judson Owen Littleton
John David Luton
Austin R Nimocks
Brently C Olsson
Brian W Raum
Sandra D Rinehart
Dale Michael Schowengerdt
Kevin Hayden Theriot

Roy Duane Tucker
James E Warner

s/ W. Scott Simpson

_____

W. SCOTT SIMPSON