# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **MARY BISHOP,** *et al.*, | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) No. 04-CV-848-TCK-TLW |
| | ) |
| **UNITED STATES OF AMERICA,** *et al.*, | ) |
| | ) |
| **Defendants.** | ) |

## ORDER

Plaintiffs' Motion for Leave to File Supplemental Brief (Doc. 253) is GRANTED, and such brief shall be filed by Friday, August 2, 2013. Defendants may file supplemental response briefs no later than Friday, August 23, 2013. No supplemental reply brief will be permitted. The United States' response to Plaintiffs' Motion for Entry of Final Judgment (Doc. 257) shall be filed by Friday, August 16, 2013, and any reply shall be filed by Friday, August 23, 2013.

IT IS SO ORDERED this 29th day of July, 2013.

_____
TERENCE C. KERN
United States District Judge