**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **MARY BISHOP;** ) | |
| **SHARON BALDWIN;** ) | |
| **SUSAN G. BARTON; and** ) | |
| **GAY E. PHILLIPS,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | No. 04-CV-848-TCK-TLW |
| ) | |
| **UNITED STATES OF AMERICA,** ) | |
| ex rel. **ERIC H. HOLDER, JR.**, in his ) | |
| official capacity as Attorney General ) | |
| of the United States of America; and ) | |
| **SALLY HOWE SMITH**, in her official ) | |
| capacity as Court Clerk for Tulsa County, ) | |
| State of Oklahoma, ) | |
| ) | |
| **Defendants,** ) | |
| ) | |
| **BIPARTISAN LEGAL ADVISORY** ) | |
| **GROUP OF THE U.S. HOUSE OF** ) | |
| **REPRESENTATIVES,** ) | |
| ) | |
| **Intervenor-Defendant.** ) | |

## JUDGMENT

Judgment is hereby entered in favor of Plaintiffs Mary Bishop and Sharon Baldwin and against Sally Howe Smith with respect to these Plaintiffs' challenge to Part A of the Oklahoma Constitutional Amendment. The Court's declaratory and injunctive relief is set forth in the Opinion and Order entered this date.

A judgment of dismissal is hereby entered in favor of Defendant Sally Howe Smith and against Plaintiffs Susan Barton and Gay Phillips with respect to these Plaintiffs' challenge to Part B of the Oklahoma Constitutional Amendment.

A judgment of dismissal is hereby entered in favor of Defendant United States of America *ex rel.* Eric H. Holder, Jr., in his official capacity as Attorney General of the United States of America, and against Plaintiffs Susan Barton and Gay Phillips with respect to these Plaintiffs' challenges to Sections 2 and 3 of DOMA.

This Judgment terminates the litigation.

**SO ORDERED** this 14th day of January, 2014.

**TERENCE KERN**
**United States District Judge**