IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MARY BISHOP, <br> SHARON BALDWIN, <br> SUSAN G. BARTON, and <br> GAY E. PHILLIPS, <br><br>       Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, *ex rel.*, ERIC H. HOLDER, JR., in his official capacity as Attorney General of the United States of America; and SALLY HOWE-SMITH, in her official capacity as Court Clerk for Tulsa County, State of Oklahoma, <br><br>       Defendants. | No. 04-CV-848-TCK-TLW |

## NOTICE OF APPEAL

Notice is given that Susan Barton and Gay Phillips, Plaintiffs in the above-captioned case, hereby appeal to the United States Court of Appeals for the Tenth Circuit from the following Judgment and Order entered in this action:

1) Judgment, entered January 14, 2014 (docket no. 273), and

2) Opinion and Order Granting in Part Defendant Sally Howe Smith's Motion for Summary Judgment as to Part B of the Oklahoma Constitutional Amendment, entered January 14, 2014 (docket no. 272).

Respectfully submitted,

*s/Don G. Holladay*
Don G. Holladay, OBA No. 4294
James E. Warner III, OBA No. 19593
HOLLADAY & CHILTON PLLC
204 N. Robinson Ave., Suite 1550
Oklahoma City, OK 73102
(405) 236-2343 Telephone
(405) 236-2349 Facsimile
*dholladay@holladaychilton.com*
*jwarner@holladaychilton.com*

Joseph T. Thai, OBA No. 19377
300 Timberdell Rd.
Norman, OK 73019
(405) 204-9579 Telephone
*thai@post.harvard.edu*

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I certify that on January 24, 2014, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the current parties of record.

*s/Don G. Holladay*