**FILED**
**United States Court of Appeals**
**Tenth Circuit**

## UNITED STATES COURT OF APPEALS

### FOR THE TENTH CIRCUIT
_____

**July 18, 2014**

**Elisabeth A. Shumaker**
**Clerk of Court**

| | |
|---|---|
| MARY BISHOP and SHARON BALDWIN,<br><br>    Plaintiffs - Appellees,<br><br>and<br><br>SUSAN G. BARTON and GAY E. PHILLIPS,<br><br>    Plaintiffs - Appellees/<br>    Cross-Appellants,<br><br>v.<br><br>SALLY HOWE SMITH, in her official capacity as Court Clerk for Tulsa County, State of Oklahoma,<br><br>    Defendant - Appellant/<br>    Cross-Appellee,<br><br><br>UNITED STATES OF AMERICA, ex rel. Eric H. Holder, Jr., in his official capacity as Attorney General of the United States of America,<br><br>    Defendant,<br><br>and<br><br>BIPARTISAN LEGAL ADVISORY GROUP OF THE U.S. HOUSE OF REPRESENTATIVES; THAD BALKMAN; OKLAHOMAN'S FOR PROTECTION OF MARRIAGE, | Nos. 14-5003 and 14-5006<br>(D.C. No. 4:04-CV-00848-TCK-TLW) |

Intervenor-Defendants.

_____

## JUDGMENT
_____

Before **KELLY**, **LUCERO**, and **HOLMES**, Circuit Judges.
_____

These cases originated in the Northern District of Oklahoma and were argued by counsel.

The judgment of that court is affirmed.

Entered for the Court

*Elisabeth A. Shumaker*

ELISABETH A. SHUMAKER, Clerk